# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF WISCONSIN

JAMES D. CLAY,

    Plaintiff,

    v.                                              Case No. 04-C-1239

TIME WARNER CABLE,

    Defendant.

## ORDER

Based upon the entire record of the proceedings held herein, and particularly upon the foregoing stipulation of the parties;

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed in its entirety, on the merits and with prejudice, and without attorney's fees or costs to either party.

Dated at Milwaukee, Wisconsin this 28th day of July, 2006.

                                                        BY THE COURT

                                                        s/ Rudolph T. Randa
                                                        Hon. Rudolph T. Randa
                                                        Chief Judge